Eric M. Falkenberry
Andrew L. Deutsch
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
eric.falkenberry@dlapiper.com
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

PARTMINER INFORMATION SERVICES, INC.,

                         Plaintiff,

07 CV 11482

07 Civ. _____ ( )

- against -

**RULE 7.1 STATEMENT**

AVNET, INC., THOMAS CASEY REED, JOHN
KENNETH SHARPE, and NEIL R. VANEK,

                         Defendants.

------------------------------------------------------------------ X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, PARTMINER INFORMATION SERVICES, INC., a private non-governmental party, hereby certifies that Plaintiff is a wholly owned subsidiary of PartMiner Inc., which is a private non-governmental entity.

Dated: New York, New York
        December 21, 2007

                                DLA PIPER US LLP

                                By: _____
                                Eric M. Falkenberry
                                Andrew L. Deutsch
                                1251 Avenue of the Americas
                                New York, New York 10020-1104
                                (212) 335-4500
                                eric.falkenberry@dlapiper.com
                                *Attorneys for Plaintiff*