UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PARTMINER INFORMATION SERVICES,
INC.,

                     Plaintiff,

                     No. 07-CV-11482

                     (ECF)

      v.-

                     **NOTICE OF APPEARANCE**

AVNET, INC., THOMAS CASEY REED, JOHN
KENNETH SHARPE, and NEIL R. VANEK,

                   Defendants.
-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendants.

    I certify that I am admitted to practice in this Court.


Dated: New York, New York
       January 4, 2008


                                   KASOWITZ, BENSON, TORRES
                                   & FRIEDMAN LLP

                                   _/s/ Leslie M. Ballantyne_
                                   Leslie M. Ballantyne
                                   1633 Broadway
                                   New York, New York  10019
                                   Phone: (212) 506-1700
                                   Fax: (212) 506-1800

                                   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Notices of Appearance were served on the following this 4th day of January, 2008 by facsimile.

Eric M. Falkenberry
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020


_____
Leslie M. Ballantyne