UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PARTMINER INFORMATION SERVICES,
INC.,

                Plaintiff,

                                              No. 07-CV-11482

                                              (ECF)

       v.-

                                              **NOTICE OF**
                                              **APPEARANCE**

AVNET, INC., THOMAS CASEY REED, JOHN
KENNETH SHARPE, and NEIL R. VANEK,

                Defendants.
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for Defendants.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
         January 4, 2008

                                              KASOWITZ, BENSON, TORRES
                                              & FRIEDMAN LLP

                                              Joseph A. Piesco, Jr.
                                              1633 Broadway
                                              New York, New York  10019
                                              Phone: (212) 506-1700
                                              Fax: (212) 506-1800

                                              Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Notices of Appearance were served on the following this 4th day of January, 2008 by facsimile.

Eric M. Falkenberry
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020

_____
Leslie M. Ballantyne