UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PARTMINER INFORMATION SERVICES,
INC.,

                      Plaintiff,

                      No. 07-CV-11482

                      (ECF)

    v.-

                      **NOTICE OF APPEARANCE**

AVNET, INC., THOMAS CASEY REED, JOHN
KENNETH SHARPE, and NEIL R. VANEK,

                      Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendants.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 4, 2008

                                    KASOWITZ, BENSON, TORRES
                                    & FRIEDMAN LLP

                                    _____
                                    Brian S. Kaplan
                                    1633 Broadway
                                    New York, New York  10019
                                    Phone: (212) 506-1700
                                    Fax: (212) 506-1800

                                    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Notices of Appearance were served on the following this 4th day of January, 2008 by facsimile.

Eric M. Falkenberry
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020

_____
Leslie M. Ballantyne