DLA PIPER US LLP
Eric M. Falkenberry
Andrew L. Deutsch
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

PARTMINER INFORMATION SERVICES, INC.,

      Plaintiff,

      -vs-

AVNET, INC., THOMAS CASEY REED, JOHN KENNETH SHARPE, and NEIL R. VANEK,

      Defendants.

---------------------------------------------------

07 Civ. 11482 (LMM)

**AFFIDAVIT OF DAVID McBARRON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**

STATE OF COLORADO  )
                        ss:
COUNTY OF ARAPAHOE)

DAVID McBARRON, being duly sworn, deposes and says:

1.    I am over the age of 18 and the matters that I state in this affidavit are based on my personal knowledge and the best of my recollection.

2.    I am a Director of Technical Services for PartMiner Information Services, Inc. ("PartMiner").

NEWY1\8174986.1

3. From approximately May 2006 until May 2007, I worked with Jeff Dwyer, a former PartMiner account manager.

4. Jeff Dwyer left PartMiner when his employment contract expired in May 2007.

5. On or about May 9, Jeff Dwyer called me on the telephone and told me a number of disturbing things about him going to work for our competitor, Avnet, Inc. ("Avnet"), including the following:

- He was in Denver to interview with Casey Reed;

- He had been in contact with Avnet for a while;

- He has PartMiner pipeline reports for the entire year;

- He was going to convert all of his PartMiner accounts to Avnet; and

- He has PartMiner prospects that he did not disclose to PartMiner which he would be closing for Avnet.

DAVID M. BARRON

Sworn to before me this
19th day of December, 2007

Notary Public

JEFF GREENBLATT
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 10-09-2011