DLA PIPER US LLP
Eric M. Falkenberry
Andrew L. Deutsch
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

PARTMINER INFORMATION SERVICES, INC.,

    Plaintiff,

-vs-

AVNET, INC., THOMAS CASEY REED, JOHN KENNETH SHARPE, and NEIL R. VANEK,

    Defendants.

---------------------------------------------------

07 Civ. 11482 (LMM)

**AFFIDAVIT OF KEN AUGA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**

STATE OF COLORADO)
                    ss:
COUNTY OF ARAPAHOE)

KEN AUGA, being duly sworn, deposes and says:

1.     I am over the age of 18 and the matters that I state in this affidavit are based on my personal knowledge and the best of my recollection.

2.     I am President of Technical Development for PartMiner Information Services, Inc. ("PartMiner").

NEWY1\8174979.1

3. I had a friendly relationship with a former PartMiner account manager named Jeff Dwyer. Jeff and I occasionally used instant messaging on Yahoo to talk to each other because he was based in Canada.

4. Jeff Dwyer's affiliation with PartMiner ended in May 2007, when his contract expired. On the day he learned that he would no longer be working at PartMiner, we exchanged a number of instant messages. (A true and correct copy of our instant messages from that day is attached as Exhibit 1.) These messages including the following statements made by Jeff Dwyer to me:

- "I [have] lots of deals on the go which I have not mentioned due to people inside letting out the leads."
- PartMiner "[has] a leak inside..., actually a few.,.. I know of 3."
- "[I won't] say [who the leaks are] until I land somewhere."
- "I've already talked to all my prospects and they understand.... I hope I can trust you."
- "[I] have the entire foecast [sic] of PartMiner to go after."

_____
KEN AUGA

Sworn to before me this
\_\_\_ day of December 2007

_____
Notary Public

[Notary seal: JEFF GREENBLATT, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires 10-09-2011]

NEWY1\8174979.1                                   2

# EXHIBIT 1

```
                              dywerConversation5_1.txt
ken_auga: Jeff?
tjeffdwyer20008: yo
ken_auga: can you talk to Jeff Williams?
ken_auga: Jeff thinks you hung up on him
ken_auga: during the conversation
ken_auga: I see how things have got screwed up
ken_auga: he's available right now
tjeffdwyer20008: its over bud...
tjeffdwyer20008: he is just a pawn for chris..
ken_auga: do you want to land those two deals
ken_auga: do you want to work out a deal?
tjeffdwyer20008: i will else where..
ken_auga: ok....I'll tell him
tjeffdwyer20008: he sent me a legal letter  i cannt sign.
tjeffdwyer20008: my lawyer is not back until the 18th.
ken_auga: that wasn't Jeff Williams
ken_auga: that was Jeff Greenblat
tjeffdwyer20008: well yes its the company.
ken_auga: ok....so you don't want to talk to williams?
tjeffdwyer20008: nope.
ken_auga: I'm trying help you
ken_auga: ok.....sorry I couldn't help
tjeffdwyer20008: ken he made his decision its all ABOUT SURVIVAL NOW ..
tjeffdwyer20008: i ahev lots of deals on the go  which i have not mentioned due to
people inside letting out the leads..
ken_auga: ok....misunderstood you I thought you wanted me to talk to williams about
compensation to help you through the end of month
tjeffdwyer20008: i have info on that now.
tjeffdwyer20008: you have a leak  inside.
tjeffdwyer20008: actualy a few..
ken_auga: sounds like you know who?
tjeffdwyer20008: i know of 3.
ken_auga: we don't have 3 people that know IHS phone numbers
ken_auga: nor avnet people
tjeffdwyer20008: ive told you you have leaks..
tjeffdwyer20008: trust it dood.
ken_auga: who?
tjeffdwyer20008: not going to say until i land somewhere..sorry.
ken_auga: hey let me help you with those two deals
tjeffdwyer20008: ken   ill get paid for them with another solution..sorry.
tjeffdwyer20008: partminer, the co, does not deserve me ..
tjeffdwyer20008: im too god for that company..
tjeffdwyer20008: it will die slowly.
tjeffdwyer20008: you are too good for them  dood.
ken_auga: well I'm trying to help you bud but if you don't want it I understand
tjeffdwyer20008: ive already talked to all my prospects and they understand  ...
tjeffdwyer20008: i hope i can trust youy..
ken_auga: why wouldn't you?
ken_auga: was just trying to help
tjeffdwyer20008: thx..
tjeffdwyer20008: IHS is putting together an offer..
tjeffdwyer20008: i could not leave due to my agreement..now i can..
ken_auga: I understand
tjeffdwyer20008: its not personal its business..
tjeffdwyer20008: i have the enitre foecast of partminer to go after..
```