UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PARTMINER INFORMATION SERVICES,
INC.,

                      Plaintiff,

                    No. 07-CV-11482

                    (ECF)

        v.-

                    **NOTICE OF APPEARANCE**

AVNET, INC., THOMAS CASEY REED, JOHN
KENNETH SHARPE, and NEIL R. VANEK,

                    Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendants.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 22, 2008

                              KASOWITZ, BENSON, TORRES
                              & FRIEDMAN LLP

                              */s/ Eric J. Wallach*
                              Eric J. Wallach
                              1633 Broadway
                              New York, New York  10019
                              Phone: (212) 506-1700
                              Fax: (212) 506-1800

                              Attorneys for Defendants