UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARTMINER INFORMATION
SERVICES, INC.,

                        Plaintiff,                  07 Civ. 11482 (LMM) (DF)

    -against-                                ORDER

AVNET, INC., et al.,

                      Defendants.
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      The Court having reviewed the written submissions of counsel regarding certain discovery disputes between the parties; and having considered the arguments and legal authority cited therein; and having addressed the issues with counsel in a telephone conference on February 21, 2008; it is hereby ORDERED as follows:

      1.     Defendants' motion to compel production of documents responsive to Defendants' Request for Production No. 12 is granted, except that the parties are directed to work together in good faith to attempt to narrow the scope of that request, so as to reduce any unnecessary burden on Plaintiff.

      2.     Defendant's motion to compel production of documents responsive to Defendants' Request for Production No. 18 is denied.

      3.     Plaintiff's motion to compel production of documents responsive to Plaintiff's Second Request for Production No. 2 is denied, except that: (i) Defendants shall produce any documents relating to the integrity of any databases to which Defendant Avnet, Inc., sells access, to the extent such documents were available to Defendants during the period of January 1, 2004 to October 31, 2005; and (ii) for the period from October 1, 2005 to the present, Defendants shall

produce any documents constituting or referring to complaints about any such databases not being updated and/or made available to customers every night.

Dated:  New York, New York
        February 25, 2008

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies to:

Hon. Lawrence M. McKenna, U.S.D.J.

Eric M. Falkenberry, Esq.
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020

Joseph A. Piesco, Esq.
Kasowitz, Benson, Torres & Friedman, LLP (NYC)
1633 Broadway
New York, NY 10019