Eric J. Wallach (ewallach@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)
Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Plaintiff
Elliott Management Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELLIOTT MANAGEMENT CORPORATION,

                Plaintiff,

        vs.

CEDAR HILL CAPITAL PARTNERS, LLC,
CEDAR HILL CAPITAL PARTNERS ONSHORE,
LP, CEDAR HILL CAPITAL PARTNERS
OFFSHORE, LTD, CEDAR HILL FUND
MANAGEMENT, LLC and all subsidiaries, divisions and
affiliates of CEDAR HILL CAPITAL PARTNERS,
LLC,

                Defendants.
------------------------------------------------------------x

Civil Action No.

**RULE 7.1**
**DISCLOSURE STATEMENT**

08 CV 01872

RECEIVED FEB 26 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Elliott Management Corporation (a private non-governmental party) certifies that it has no publicly held corporate parents, and that no publicly held corporation has an ownership interest of 10% or more in Elliott Management Corporation.

Dated: New York, New York
February 26, 2008

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP

_____
Eric J. Wallach (ewallach@kasowitz.com)
Blythe E. Lovinger (blovinger@kasowitz.com)
Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)

1633 Broadway
New York, New York 10019
(212) 506-1700