Eric J. Wallach (ewallach@kasowitz.com)
Brian S. Kaplan (bkaplan@kasowitz.com)
Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PARTMINER INFORMATION SERVICES, INC.,

                   Plaintiff,

             v.-

AVNET, INC., THOMAS CASEY REED, JOHN KENNETH SHARPE, and NEIL R. VANEK,

                   Defendants.
------------------------------------------------------------X

: No. 07-CV-11482
: (LMM/DCF)
:
: (ECF)
:
: **RULE 7.1**
: **DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Avnet, Inc. (a private non-governmental party) certifies that: (i) Avnet, Inc. has no parent corporation, and (ii) Fidelity Management and Research Company, a publicly held corporation, owns 10% or more of Avnet Inc.'s stock.

Dated: New York, New York
      February 28, 2008

                                KASOWITZ, BENSON, TORRES &
                                FRIEDMAN LLP

                                By: _____
                                    Eric J. Wallach
                                    Brian S. Kaplan
                                    Joseph A. Piesco, Jr.
                                    1633 Broadway
                                    New York, New York  10019
                                    (212) 506-1700

                                    *Attorneys for Defendants*