

**DLA PIPER**

DLA Piper US LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

**MEMO ENDORSED**

Eric M. Falkenberry
eric.falkenberry@dlapiper.com
T  212.335.4633
F  212.884.8633

April 2, 2008

IN CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

APR - [  ]

LAWRENCE M. [McKENNA]
USDJ    SDNY

**VIA HAND DELIVERY**

The Honorable Lawrence M. McKenna
United States District Court
Southern District of New York
500 Pearl St., Room 1640
New York, NY 10007

Re:  **PartMiner Information Services, Inc. v. Avnet, Inc., Thomas Casey Reed, John Kenneth Sharpe, and Neil R. Vanek, 07 Civ. 11482 (LMM)**

Dear Judge McKenna:

This letter serves as a joint request by the Plaintiff and Defendants in the above-referenced action for: 1) an extension of the current expedited discovery and preliminary injunction motion schedule; and 2) approval of the enclosed proposed Stipulation of Confidentiality and Protective Order.

The parties have served document requests and responses to same, and have resolved most issues related to such discovery. We are now in the process of reviewing and producing large numbers of documents, most in electronic form. Due to the large number of documents being produced, and the time it has and will take to have counsel review them before and after production for deposition purposes, the parties request a 45-day extension of the current discovery and briefing schedule.

The current schedule calls for the end of expedited discovery by May 15th, with briefing on the preliminary injunction motion to be completed by June 24th. A 45-day extension will result in a discovery deadline of June 30th, with all briefing to be completed by August 8th (Defendants to oppose motion by July 25th, and the Plaintiff to Reply by August 8th). There have been no previous requests for extension of the expedited discovery and preliminary injunction motion schedule.

If the Court approves of the proposed Stipulation of Confidentiality and Protective Order, please execute it and let us know when we can pick up copies for our files. Otherwise, please let us know which changes we need to make before it can be approved.

*Granted. So ordered.*
*LMM* 4/3/08



Honorable Lawrence M. McKenna
April 2, 2008
Page Two

Thank you for your attention to these matters. Please contact us with any questions or concerns.

Respectfully submitted,

Eric M. Falkenberry
*eric.falkenberry@dlapiper.com*

Enclosure

EMF/rra

cc:   Joseph A. Piesco, Jr., Esq. (via email)
      Eric Wallach, Esq.
      Brian Kaplan, Esq.
      Counsel for Defendants