UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PARTMINER INFORMATION SERVICES, INC.

                              Plaintiff,              No. 07-CV-11482
                                                (LMM/DCF)
     -vs-                                       (ECF)

AVNET, INC., THOMAS CASEY REED, JOHN
KENNETH SHARPE, and NEIL R. VANEK,

                            Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

## STIPULATED ORDER

**WHEREAS**, Plaintiff has filed a Complaint, motion for a preliminary injunction and motion for expedited discovery in the instant action (the "Motion"); and

**WHEREAS**, Plaintiff will withdraw the Motion in order to proceed directly to a trial for injunctive relief and damages, and in connection therewith the Parties have agreed to the following stipulated scheduling order;

**NOW, THEREFORE**, in consideration of the mutual undertakings of the Parties set forth above, counsel for the Parties hereby stipulate and agree upon the following:

1. Plaintiff hereby withdraws the Motion;

2. Fact discovery shall conclude on October 15, 2008;

3. The Parties shall exchange documents, in accordance with their respective discovery responses and objections served to date, on a rolling basis to be completed by June 30, 2008, with each Party reserving their right to supplement their respective document productions and to serve such additional discovery requests as each Party deems appropriate through the end of fact discovery;

4. Plaintiff's expert report(s), if any, are due October 31, 2008;

5. Defendant's expert report(s), if any, are due November 14, 2008;

6. Expert discovery shall conclude on December 5, 2008;

7. Dispositive motions, if any, shall be filed on or before January 9, 2009, opposition papers shall be served within 30 days of service of the motion, and reply papers shall be served within 15 days of service of the opposition papers.

NEWY1\8249087.3

8.  A joint pre-trial order shall be submitted by the Parties within thirty (30) days of the Court's decision on dispositive motions, or January 16, 2009, whichever is later.

**ACCEPTED AND AGREED:**

| For Plaintiff PartMiner Information Services, Inc. | For Defendants Avnet, Inc., Thomas Casey Reed, John Kenneth Sharpe and Neil R. Vanek |
|---|---|
| _/s/ E. M. Falkenberry_ | _/s/ Eric J. Wallach_ |
| Eric M. Falkenberry | Eric J. Wallach |
| Andrew L. Deutsch | Brian S. Kaplan |
| DLA PIPER US LLP | Joseph A. Piesco, Jr. |
| 1251 Avenue of the Americas | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| New York, New York 10020 | 1633 Broadway |
| (212) 335-4500 | New York, New York 10019 |
|  | (212) 506-1700 |

Dated: June 11, 2008

**SO ORDERED:**

_/s/ L. M. McKenna_                    6/11/08
Hon. Lawrence M. McKenna, USDJ         Date

NEWY1\8249087.3